| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JEFFREY A. SPIVAK |
| | Assistant U.S. Attorney |
| 3 | COURTNEY O. CARROLL |
| | Special Assistant United States Attorney |
| 4 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 5 | Telephone: (559) 497-4000 |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00009-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| GARY D. ATKINSON, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: March 2, 2022                         Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 United States Attorney

                                            By:    /s/ Jeffrey A. Spivak
                                                          JEFFREY A. SPIVAK
                                                          Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **March 2, 2022**

UNITED STATES MAGISTRATE JUDGE